# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Steven Hunter | ) |
| *Petitioner* | ) |
| v. | )     Civil Action No.    4:17-cv-932-DCN |
| Travis Briggs, Warden | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■ other: This case is dismissed without prejudice for lack of prosecution.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date:  June 16, 2017

*CLERK OF COURT*

s/Debbie Stokes
_____

*Signature of Clerk or Deputy Clerk*